# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DONNA J. SEYMOUR,** | : | |
| Plaintiff, | : | Case No. 2:09-cv-774 |
| v. | : | Judge Holschuh |
| **MICHAEL J. ASTRUE,** | : | Magistrate Judge Kemp |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

On April 15, 2010, Magistrate Judge Kemp issued a Report and Recommendation, recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of Defendant. Although the parties were advised of their right to file objections to the Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation, **OVERRULES** Plaintiff's statement of errors, and **DIRECTS** the Clerk to enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

Date: May 10, 2010  **/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court